JOHN REED, *Appellant and Respondent, v.* GEORGE MCCONNELL and WALTER L. GARDNER, *Appellants and Respondents.* — Judgment appealed from by defendants affirmed, with costs. Part of judgment appealed from by plaintiffs affirmed, with costs. Opinion by BARNARD, P. J.

EMOR HAINES and others, *Appellants, v.* WILLIAM C. HERRICK and others, *Respondents.* — Judgment and order dismissing complaint affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

HIRAM CLARK, *Appellant, v.* SIDNEY STILLMAN and others, *Commissioners of Highways, Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JAMES MAHON, JR., *Respondent, v.* JOHN NOON, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

JAMES W. MURPHY, *Respondent, v.* JOHN C. ORR and others, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

JOHN BAIZLEY, *Respondent, v.* JAMES H. WORKMAN and another, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

CHARLES ROHT, *v.* HENRY Y. ATTRILL. — Order directing payment of money to receiver reversed, with costs and disbursements and motion denied, with ten dollars costs. Opinion by DYKMAN, J.; PRATT, J., not sitting.

THE FIRST NATIONAL BANK OF HELENA, MONTANA TERRITORY, *v.* JAMES K. O. SHERWOOD. — Judgment affirmed, with costs. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex.rel.* SAMUEL B. DURYEA, *v.* THE BROOKLYN PARK COMMISSIONERS, *Respondents.* — Writ of *certiorari* quashed, with costs to each of the respondents answering separately. Opinion by PRATT, J.

JAMES C. DEBEVOISE, *as Administrator, etc., Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

CATHERINE LOOKWOOD, *Administratrix, etc., Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD, *Respondent.* — Order dismissing complaint denying new trial and judgment reversed and new trial granted, costs to abide event. Opinion by PRATT, J.

CHARLES B. WALTER, *Plaintiff, v.* OLIVER W. BARNES and another, *Defendants.* — Exceptions overruled and order granting nonsuit affirmed and judgment ordered thereon, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

JAMES DRINNING, *Appellant, v.* MARY J. POWELL, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.